NEW YORK STATE SEWER PIPE CO., applt., v. Herbert D. G. GREY, respt., and Thatcher Jones, deft. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the court erred in charging that if there was not a reasonable effort to secure the payment of the open account, made

after it became due, that operated in legal effect as an extension of the time of payment thereof. All concur.